# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE CUADRAS-BARRAZA, an individual; CARLOS FLORES-PADILLA, an individual, <br><br>     Plaintiffs, <br><br> vs. <br><br>GARY S. STRINGER, an individual; LINKS LOGISTICS, LLC; DOES I-X; and ROE CORPORATIONS I-X, inclusive, <br><br>     Defendants. | Case No.: 2:13-cv-01627-GMN-VCF <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 27) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered June 6, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by June 23, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that Defendant Stringer's Motion to Amend (ECF No. 22) be **Denied**.  Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 27) is **ACCEPTED and ADOPTED in full.**  Defendant Stringer's Motion to Amend (ECF No. 22) is **DENIED**.

**DATED** this 6th day of October, 2014.

_____

Gloria M. Navarro, Chief Judge
United States District Court