UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE CUADRAS-BARRAZA, *et al.*,<br><br>            Plaintiffs,<br>     vs.<br><br>GARY S. STRINGER, *et al.*,<br><br>            Defendants. | Case No.: 2:13-cv-01627-GMN-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 33) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered September 26, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by October 13, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that Defendant Stringer's Motion for Discovery Sanctions (ECF No. 28) be **Granted**.  Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 33) is **ACCEPTED and ADOPTED in full.**  Defendant Stringer's Motion for Discovery Sanctions (ECF No. 28) is **GRANTED**.  Plaintiff Flores-Padilla's claims are **DISMISSED**.

**DATED** this 21st day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court