```
 1  JEROME R. BOWEN, ESQ.
    Nevada Bar No. 004540
 2  SARAH M. BANDA, ESQ
    Nevada Bar No. 11909
 3  BOWEN LAW OFFICES
    9960 W. Cheyenne Avenue, Suite 250
 4  Las Vegas, Nevada 89129
    Telephone: (702) 240-5191
 5  Facsimile: (702) 240-5797
    twilcox@lvlawfirm.com
 6
```

IN THE UNITED STATES DISTRICT COURT

NEVADA DISTRICT, LAS VEGAS

| | |
|---|---|
| JORGE CUADRAS-BARRAZA, et. al.<br><br>Plaintiff,<br>v.<br><br>GARY STRINGER; et. al. | Case No.: 2:13-cv-01627-GMN-VCF |

## SUBSTITUTION OF COUNSEL

**I. CLIENT CONSENT**

COMES NOW, Plaintiff, JORGE CUADRAS-BARRAZA, hereby substitutes BOWEN LAW OFFICES, as Attorney of Record for Plaintiff, in the place and stead of the law office of MAINOR WIRTH, LLP.

DATED this 4 day of March, 2015

_Jorge Cuadras B._
JORGE CUADRAS-BARRAZA

II. **FORMER-COUNSEL CONSENT**

The law office of MAINOR WIRTH, LLP, hereby consents to the substitution of the BOWEN LAW OFFICES as Attorney of Record for the Plaintiff, JORGE CUADRAS-BARRAZA, in its place and stead.

DATED this 4th day of March, 2015.

MAINOR WIRTH, LLP

BRADLEY MAINOR, ESQ.
6018 s. Fort Apache, #150
Las Vegas, NV 89148

III. **SUCCESSOR-COUNSEL CONSENT**

BOWEN LAW OFFICES hereby consents to its substitution as Attorney of Record for the Plaintiff, JORGE CUADRAS-BARRAZA, in the place and stead of MAINOR WIRTH, LLP.

DATED this 4th day of March, 2015.

BOWEN LAW OFFICES

JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, NV 89129

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: March 9, 2015