# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

JORGE CUADRAS-BARRAZA,

        Plaintiff,

vs.

GARY S. STRINGER,

        Defendant.

2:13-cv-01627-GMN-VCF

**ORDER REGARDING SETTLEMENT CONFERENCE SET FOR APRIL 20, 2015 AT 10:00 AM**

The parties have timely filed their confidential settlement statements.  Upon reviewing the statements, the court finds that the efficiency of the settlement conference will be enhanced if a representative of every person or entity possessing a lien against plaintiff's claims is promptly available by telephone while the settlement conference is in session.

Accordingly, IT IS HEREBY ORDERED that plaintiff's counsel must make arrangements for contacting a representative with full settlement authority for each person or entity possessing a lien against plaintiff's claims, so that each representative can caucus with plaintiff's counsel or otherwise participate in the settlement process by telephone, without undue delay.  The representative must be available by phone beginning at 10:00 AM on April 20, 2015, and continuing throughout the day until the settlement conference ends or is continued.

DATED this 16th day of April, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE