BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
email:  admin@sdlawoffice.net

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE CUADRAS-BARRAZA, an individual; | CASE NO.: 2:13-cv-01627-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** |
| GARY S. STRINGER, an individual; LINKS LOGISTICS, LLC; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties, by and through their undersigned counsel, stipulate and agree that Defendants shall have up to and including July 8, 2015 to file a response to Plaintiff's Motion to Reopen or Extend Deadlines (Docket No. 54).

| DATED this 26th day of June, 2015. | DATED this 26th day of June, 2015. |
|---|---|
| /s/ Bruce Scott Dickinson | /s/ Sarah M. Banda |
| BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No.: 13484<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P: 702-474-7229<br>F: 702-474-7237<br>Attorneys for Defendants | JEROME R. BOWEN, ESQ.<br>Nevada Bar No.: 004540<br>SARAH M. BANDA, ESQ.<br>Nevada Bar No.: 11909<br>BOWEN LAW OFFICES<br>9960 West Cheyenne Avenue, Suite 250<br>Las Vegas, NV 89129<br>T: 702-240-5191<br>F: 702-240-5797<br>Attorneys for Plaintiffs |

## ORDER

**IT IS SO ORDERED** this 29th day of June, 2015.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

2