UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE CUADRAS-BARAZZA, | ) |
| Plaintiff, | ) Case No. 2:13-cv-01627-GMN-GWF |
| vs. | ) **ORDER** |
| GARY S. STRINGER, *et al.* | ) |
| Defendant. | ) |

This matter is before the Court on Defendants' Motion for Order Setting Time for Pretrial Motions and Trial Setting (#53), filed on June 12, 2015.

Defendants represent that discovery in this case is complete, and that the parties are ready to move forward to trial. The settlement conference on April 20, 2015 did not result in a settlement, and the most recent motion to re-open discovery was denied on July 29, 2015. *See* Minutes of Proceedings (#61). Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Order Setting Time for Pretrial Motions and Trial Setting (#53) is **granted** and the parties are to file a Joint Pretrial Order by **November 2, 2015**.

**DATED** this 2nd day of October, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge