BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 013484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE CUADRAS-BARRAZA, an individual; | CASE NO.: 2:13-cv-01627-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GARY S. STRINGER, an individual; LINKS LOGISTICS, LLC; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Jorge Cuadras-Barraza and Defendants, Gary S. Stringer and Links Logistics, LLC, by and through their respective

/ / /

/ / /

/ / /

/ / /

1

1 | attorneys of record, that the above-entitled action be dismissed with prejudice.  Each party to bear
2 | their own costs and fees.
3 | Dated this ___ day of January, 2016    Dated this 27th day of Jan., 2016
4 | STEPHENSON & DICKINSON                  BOWEN LAW OFFICES
5 | By: _____              By: _____
6 | BRUCE SCOTT DICKINSON, ESQ.             JEROME R. BOWEN, ESQ.
  | Nevada Bar No.: 002297                  Nevada Bar No.: 004540
7 | MICHAEL E. HOTTMAN, ESQ.                SARAH M. BANDA, ESQ.
  | Nevada Bar No.: 008501                  Nevada Bar No.: 11909
8 | JACQUELYN M. FRANCO, ESQ.               9960 West Cheyenne Avenue, Suite 250
9 | Nevada Bar No. 013484                   Las Vegas, NV  89129
  | 2820 West Charleston Blvd., Suite B-19  P: 702-240-5191
10 | Las Vegas, NV  89102                    F: 702-240-5797
   | P: 702-474-7229                         *Attorneys for Plaintiff*
11 | F: 702-474-7237
12 | *Attorneys for Defendants*

ORDER

IT IS SO ORDERED this  1  day of February, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

2